# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jasmyn Martin, individually and on behalf of all others similarly situated, | Case No. 0:23-cv-02665-JWB-JFD |
| Plaintiff, | |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| University of Minnesota, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), Plaintiff Jasmyn Martin, by and through undersigned counsel, hereby gives notice that she is voluntarily dismissing all claims against Defendant University of Minnesota, pending in the above captioned case, without prejudice. Plaintiff states that Defendant has not filed an answer or motion for summary judgment. This case is not governed by any federal statute that requires a court order for dismissal. No counter claims are pending for independent adjudication. Plaintiff files this Notice of Dismissal with the intention of dismissing all claims against Defendant without prejudice.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above-captioned proceeding is hereby dismissed by Plaintiff Jasmyn Martin without prejudice.

Dated: November 14, 2023        *s/Kate M. Baxter-Kauf*
Kate M. Baxter- Kauf, (MN # 392037)
Karen Hanson Riebel
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
kmbaxter-kauf@locklaw.com
khriebel@locklaw.com

Jon Tostrud (MN #0251768)

Anthony Carter (*Pro Hac Vice*)
**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
jtostrud@tostrudlaw.com
acarter@tostrudlaw.com


Blaine Finley (*Pro Hac Vice*)
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Ave. NW
Washington, DC 20016
Telephone: (202) 789-3960
Facsimile: (202) 589-1813
bfinley@cuneolaw.com

*Attorneys for Plaintiff and Proposed Class*